IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN D. COLEMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN E. WETZEL, *et al.*,<br><br>        Defendants. | Case No. 1:15-CV-847<br><br>Chief Judge Conner<br><br>Magistrate Judge Mehalchick |

**TABLE OF CONTENTS OF UNREDACTED EXHIBITS**

| Exhibit | Title |
|---|---|
| A. | Expert Report of Jeanne Woodford |
| B. | Transcript of Deposition of Plaintiff Coleman |
| C. | Transcript of Deposition of Defendant Lightner |
| D. | Transcript of Deposition of Defendant Snyder |
| E. | Transcript of Deposition of Defendant Biser |
| F. | Transcript of Deposition of Defendant Shirey |
| G. | Transcript of Deposition of Defendant Heaster |
| H. | Transcript of Deposition of Defendant Scott |

| | |
|---|---|
| I. | Transcript of Deposition of Defendant Nickum |
| J. | Transcript of Deposition of Defendant Walters |
| K. | Transcript of Deposition of Defendant Fisher |
| L. | Transcript of Deposition of Defendant Patton |
| M. | Transcript of Deposition of Defendant Miller |
| N. | Transcript of Deposition of Trooper Swank |
| O. | Transcript of Deposition of Defendant Kowalcyzuk |
| P. | Policy Statement DC-ADM-008 (Referred to as DEF O-8) |
| Q. | Ausley Misconduct History (Referred to as Def. Ex. A-5) |
| R. | Ausley Grievances |
| S. | |
| T. | Transcript of Deposition of Defendant Garman |
| U. | 11.2.1 celling policy (Referred to as Def. Ex. A-1) |
| V. | Corrections Employment Vocational Counselor Job Description |
| W. | |
| X. | Reception and Classification Policy |
| Y. | PREA Training Powerpoint |
| Z. | PREA Audit Victimization PRAT |
| AA. | |